IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| JERHAM LARE,<br><br>      Plaintiffs<br><br>vs.<br><br>SUPREME MAINTENANCE INC. and<br>WADE HUNT,<br><br>      Defendants. | No. 1: 22-cv-00007-WJ-SCY |

### ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE

THIS MATTER having come before the Court on the Parties' Joint Motion to Dismiss With Prejudice, and the Court being duly advised, finds the Motion is well taken and should GRANTED. IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

All claims asserted and that could be asserted by Plaintiff Jerham Lare in the above-captioned matter against Defendants Supreme Maintenance Inc. and Wade Hunt, including those asserted in Plaintiff's Complaint filed January 3, 2022, are hereby dismissed *with prejudice*, with each party bearing their own attorney's fees and costs.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE

93980956.1